IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 MAY 27 PM 2:08

ROBERT ~ ~TROLIO
CLERK U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA           )
                                   )
        Plaintiff,                 )
                                   )
v.                                 )        Criminal No. 05- 20030 M1
                                   )
*Christopher Bailey*               )        **(30-Day Continuance)**
*Darren Shelly*                    )
*Charles Henderson*                )
                                   )
                                   )
_____            )
                                   )
_____            )
                                   )
        Defendant(s).              )

CONSENT ORDER ON CRIMINAL CASE CONTINUANCE
AND EXCLUSION OF TIME

_____

        As indicated by the signatures below, the United States,
through its Assistant United States Attorney, and counsel for the
defendant(s) have agreed that, for good cause, this case should be
continued for reasons resulting in the exclusion of time under the
Speedy Trial Act.  The case is currently set on the June, 2005,
criminal rotation calendar, but is now RESET for report at <u>9:00
a.m. on Friday, June 24, 2005</u>, with trial to take place on the
July, 2005 rotation calendar with the time excluded under the
Speedy Trial Act through July 15, 2005. Agreed in open court at
report date this 27th day of May, 2005.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____10/3/05____

SO ORDERED this 27th day of May, 2005.

_____
JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

_____

_____
Assistant United States Attorney

_____

_____

_____
Counsel for Defendant(s)

## UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 80 in case 2:05-CR-20030 was distributed by fax, mail, or direct printing on June 3, 2005 to the parties listed.

---

Charles E. Waldman
WALDMAN & ASSOCIATES
200 Jefferson Ave.
Ste. 210
Memphis, TN 38103

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Lawrence W. Kern
KERN LAW FIRM
5118 Park Avenue
Ste. 600
Memphis, TN 38117--571

Eric Scott Hall
WAGERMAN LAW FIRM
200 Jefferson Ave.
Ste. 1313
Memphis, TN 38103

Jacob E. Erwin
WAGERMAN LAW FIRM
200 Jefferson Avenue
Ste. 1313
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT