IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ /s/ _____ D.C.

05 AUG 29 AM 6:47

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Christopher Bailey ) <br> ) <br> _____ ) <br> ) <br> _____ ) <br> ) <br> _____ ) <br> ) <br> Defendant(s). ) | Criminal No. 05-2002 M1 <br><br> (30-Day Continuance) <br><br> 05-20030 |

CONSENT ORDER ON CRIMINAL CASE CONTINUANCE
AND EXCLUSION OF TIME

As indicated by the signatures below, the United States, through its Assistant United States Attorney, and counsel for the defendant(s) have agreed that, for good cause, this case should be continued for reasons resulting in the exclusion of time under the Speedy Trial Act. The case is currently set on the September, 2005, criminal rotation calendar, but is now RESET for report at <u>9:00 a.m. on Friday, September 23, 2005</u>, with trial to take place on the October, 2005 rotation calendar with the time excluded under the Speedy Trial Act through October 14, 2005. Agreed in open court at report date this 26th day of August, 2005.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 8-30-05

95

SO ORDERED this 26th day of August, 2005.

*[Signature]*
JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

*[Signature]*
_____
Assistant United States Attorney

_____

_____
Counsel for Defendant(s)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 95 in case 2:05-CR-20030 was distributed by fax, mail, or direct printing on August 30, 2005 to the parties listed.

---

Charles E. Waldman
WALDMAN & ASSOCIATES
200 Jefferson Ave.
Ste. 210
Memphis, TN 38103

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT