IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 OCT 20 AM 11:00

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>VS<br><br>CHRISTOPHER L. BAILEY<br><br>Defendant(s) | CR. NO. 05-20030-Ml |

ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY

This cause was set for a Change of Plea Hearing on Wednesday, October 19, 2005 at 9:00 A.M. Counsel for the government requested a continuance. The continuance is necessary to allow for additional preparation in the case.

The Court granted the request and continued the matter for a Change of Plea Hearing to Tuesday, November 22, 2005 at 2:30 P.M. with a trial date of Monday, December 5, 2005 at 9:30 A.M.

The period from November 17, 2005 through December 16, 2005 is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) to allow government counsel additional time to prepare.

IT IS SO ORDERED this the __19__ day of October, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _10-20-05_



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 122 in case 2:05-CR-20030 was distributed by fax, mail, or direct printing on October 20, 2005 to the parties listed.

---

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Charles E. Waldman
WALDMAN & ASSOCIATES
200 Jefferson Ave.
Ste. 210
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT