FILED BY _____ D.C.

05 NOV 21 AM 4:33

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

2005 NOV 17  PM 3: 13

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| CHRISTOPHER BAILEY, | ) |
| | ) |
| Defendant. | ) |

Cr. No. 05-20030-M/

MOTION GRANTED

Reset To
Nov. 29, 2005 at
10:00 a.m.

*Jon P. McCalla*
JON PHIPPS McCALLA
U.S. DISTRICT JUDGE

Nov 18, 2005
DATE

---

## MOTION TO CONTINUE

---

Comes now the United States of America by and through its counsel, Lawrence J. Laurenzi, Acting  United States Attorney for the Western District of Tennessee, and files its Motion to Continue the change of plea from the present setting of November 22, 2005. Additional time is also needed to draft an Information.  The government would request a setting after the Thanksgiving holiday.  Counsel for the defendant has been contacted and has no objection to this motion.

Respectfully submitted,

TERRELL L. HARRIS
United States Attorney

By:    *Rae Oliver*

V. RAE OLIVER
Assistant United States Attorney
167 N. Main, Room 800
Memphis, TN  38103
(#18831 Tennessee)

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  11-21-05

128

## CERTIFICATE OF SERVICE

I, V. Rae Oliver, Assistant United States Attorney for the Western District of

Tennessee, hereby certify that a copy of the foregoing Motion to Continue has been

mailed, first class postage pre-paid, to Charles Waldman, 200 Jefferson Avenue, Suite

210, Memphis, Tennessee 38103

This _12th_ day of <u>November</u>, 2005.

V. RAE OLIVER
Assistant United States Attorney
167 N. Main, Room 800
Memphis, TN  38103

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 128 in case 2:05-CR-20030 was distributed by fax, mail, or direct printing on November 21, 2005 to the parties listed.

Charles E. Waldman
WALDMAN & ASSOCIATES
200 Jefferson Ave.
Ste. 210
Memphis, TN 38103

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT