FILED BY _____ D.C.
05 NOV 21 AM 11:33
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

2005 NOV 17 PM 3:13

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Cr. No. 05-20030-M/ |
| vs. ) | |
| ) | MOTION GRANTED |
| CHRISTOPHER BAILEY, ) | Reset to |
| ) | Nov. 29, 2005 at |
| Defendant. ) | 10:00 A.M. |

JON PHIPPS McCALLA
U.S. DISTRICT JUDGE
NOV 18, 2005
DATE

### MOTION TO CONTINUE

Comes now the United States of America by and through its counsel, Lawrence J. Laurenzi, Acting United States Attorney for the Western District of Tennessee, and files its Motion to Continue the change of plea from the present setting of November 22, 2005. Additional time is also needed to draft an Information. The government would request a setting after the Thanksgiving holiday. Counsel for the defendant has been contacted and has no objection to this motion.

Respectfully submitted,

TERRELL L. HARRIS
United States Attorney

By: _____
V. RAE OLIVER
Assistant United States Attorney
167 N. Main, Room 800
Memphis, TN 38103
(#18831 Tennessee)



128

## CERTIFICATE OF SERVICE

I, V. Rae Oliver, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing Motion to Continue has been mailed, first class postage pre-paid, to Charles Waldman, 200 Jefferson Avenue, Suite 210, Memphis, Tennessee 38103

This 12d day of November, 2005.

                                                                        _Rae Oliver_
                                                                        V. RAE OLIVER
                                                                       Assistant United States Attorney
                                                                       167 N. Main, Room 800
                                                                       Memphis, TN  38103

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 128 in case 2:05-CR-20030 was distributed by fax, mail, or direct printing on November 21, 2005 to the parties listed.

---

Charles E. Waldman
WALDMAN & ASSOCIATES
200 Jefferson Ave.
Ste. 210
Memphis, TN 38103

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT