IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC -9 PM 4:25

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

---

UNITED STATES OF AMERICA                )
                                        )
    Plaintiff,                         )
                                        )
VS.                                     )  CR. NO. 05-20431-Ml &
                                        )           05-20030-Ml
CHRISTOPHER L. BAILEY                   )
                                        )
    Defendant.                         )
                                        )

---

**ORDER ON CHANGE OF PLEA**

---

    This cause came to be heard on December 9, 2005, the United States Attorney for this district, V. Rae Oliver, appearing for the Government and the defendant, Christopher L. Bailey, appearing in person and with counsel, Charles Waldman, who represented the defendant.

    With leave of the Court, the defendant waived Indictment and entered a plea of guilty to Count 1 of the Information in case 05-20431.

    Plea colloquy was held and the Court accepted the guilty plea.

    Indictment 05-20030 to be dismissed at sentencing as to Christopher L. Bailey.

    **SENTENCING** in this case is **SET** for **THURSDAY, MARCH 9, 2006, at 8:45 a.m.**, in Courtroom No. 4, on the 9th floor before Judge Jon Phipps McCalla.

    Defendant is released on his own recognizance.

    **ENTERED** this the 9 day of December, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  12-12-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 143 in case 2:05-CR-20030 was distributed by fax, mail, or direct printing on December 12, 2005 to the parties listed.

---

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Charles E. Waldman
WALDMAN & ASSOCIATES
200 Jefferson Ave.
Ste. 210
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT